**Order entered February 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01388-CV

**TARSHA HARDY, Appellant**

**V.**

**COMMUNICATION WORKERS OF AMERICA, INC. ET AL, Appellees**

**On Appeal from the 14th Judicial District Court Dallas County, Texas**
**Trial Court Cause No. DC 15-04027**

## ORDER

Pursuant to Rule 16 of the Texas Rules of Appellate Procedure and Rule 18a of the Texas Rules of Civil Procedure, I voluntarily recuse myself from hearing any matter in the above-referenced appeal.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE